ORIGINAL

CIVIL RIGHTS COMPLAINT
42 U.S.C.§ 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
Victor Perez/09A2690
Full Name of plaintif/Prisoner
ID No.

        Plaintiff,

  -against-

NYC Department of Corrections,
Commissioner of Corrections,
Captain Collazzo/NIC Intake
Officer Murano/NIC Intake
Officer John Doe/NIC 3rd Fl/CMC
                Defendants,
----------------------------------X

CV 10 - 2697

JURY TRIAL DEMAND
YES X    NO___

MAUSKOPF, J.

LEVY, M.J.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 09 2010 ★
BROOKLYN OFFICE

I. Previous Lawsuits:

    A. Have you begun other lawsuits in State or Federal Court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (X)

    B. If your answer to A is yes, describe each lawsuit in the space below (if there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:
           Plaintiffs: _____
                      _____

           Defendants: _____
                      _____

        2. Court (if Federal Court, name the District; if State Court, name the County) _____

        3. Docket Number: _____

        4. Name of the Judge to whom case was assigned: _____

1

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of present confinement: <u>Auburn Correctional Facility</u>

   A. Is there a prisoner grievance procedure in this institution? YES (X) NO ( )

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (  ) NO (X)

   C. If your answer is YES,
      1. What steps did you take? _____

      2. What was the result? _____

   D. If your answer is NO, explain why not: <u>The incident did not occur within a State Correctional Facility. The incident occured at the New York City Correction Facility Known as Rikers Island; North Infirmary Command (NIC) 1500 Hazen St East Elmhurst, NY 11370</u>

   E. If there is no prison grievance procedure in the institution did you complain to prison authorities? YES (X) NO ( )

   F. If your answer is yes,
      1. What steps did you take? <u>I contacted the New York City Inspector Generals Office.</u>

      2. What was the result? <u>Photographs were taken at Bellevue Hospital.</u>

III. Parties:

   A. Name of Plaintiff: <u>Victor Perez</u>
     Address: <u>Auburn Correctional Facility; 135 State St PO Box 618, Auburn, NY 13021</u>

   B. List all Defendant's names and the addresses at which each Defendant may be served. Plaintiff must provide the address for each Defendant named.

2

| | |
|---|---|
| Defendant No.1 | The New York City Department of Corrections |
| | 75-20 Astoria Boulevard, East Elmhurst, NY 11370 |
| Defendant No.2 | Commissioner of Corrections; Dr. Dora Schriro |
| | 75-20 Astoria Boulevard, East Elmhurst, NY 11370 |
| Defendant No.3 | Captain Collazzo; Noth Infirmary Command (NIC) |
| | 1500 Hazen St East Elmhurst, NY 11370 |
| Defendant No.4 | Officer Murano; North Infirmary Command (NIC) |
| | 1500 Hazen St. East Elmhurst, NY 11370 |
| Defendant No.5 | Officer John Doe; North Infirmary Command (NIC) |
| | CMC/Third Floor. 1500 Hazen St. East Elmhurst |
| | 11370 |

IV.   STATEMENT OF CLAIM:

On May 11,2007, after receiving sentence at the Bronx County Supreme Court Building, I was transported back to the New York City Corrections Facility known as North Infirmary Command (NIC) on Rikers Island. I arrived at approximately 7:30 p.m.. I remained in intake til a new cell location could be assigned to me. As of that morning I was housed in dorm 6 North.

An intake officer, name unknown, sought to relocate me and arrange to have my property packed up and brought to intake from Dorm 6 North. I overheard this officer on the telephone asking if there were any empty cells available on the third floor, CMC. He repeated the answer that only "A" gallery cell No.11 was available. No other cells were available in CMC. Approximately 20 minutes later an inmate who was already down in intake when I had arrived was taken up to CMC "A" gallery cell No.11. Thirty minutes later I was brought up to CMC by the same unknown officer who had been on the telephone just an hour before.

As we stepped off the elevator with my property in tow, Captain Collazzo and Officer Murano were about to enter the elevator but instead instructed the Officer to leave me in their charge. My handcuffs were removed and I was facing away from the elevator, facing officer John Doe. I gave the officer my I.D. card. The officer then looked past me as Captain Collazzo and officer Murano were behind me. He stared at them as though they were telling him

3

something, Officer John Doe nodded as though he understood what was beeing asked of him. I was instructed to remain on the bridge. Officer John Doe entered "B" gallery, out of my line of sight, returned a few moments later and instructed me to take cell No. 10. He cracked cell No.10 and I proceeded to drag my property toward that cell, which was located second to last on that tier. There are only 11 cells per gallery in CMC. Four galleries in total, A,B,C,D. As I walked toward Cell No. 10, I noticed three inmates out on the narrow gallery. One white, two black. One of the black inmates was on the phone, the other two were toward the back of the tier walking toward the front. As I was approaching the back of the tier there was a picnic table separating myself and the two inmates. I was looking down, avoiding eye contact, when one of the two said something, what it was I do not know. I looked up and next thing I recall is I was back in intake, with no recollection as to how I got down there. Upon regaining consciousness I realized that my lip was bloody and swollen and the right side of my face was in severe pain. When I asked what happened the Officer, a different one from earlier, told me that I had gotten into a fight. Again I do not recall anything. There are cameras throughout NIC which would clearly illustrate what happened.

I am of the belief that the Officers and Captain Collazzo, willfully and intentionally sought to have me attacked by either one or both of the inmates on that gallery that night. In doing so their action rose to the level of an 8th Ammendment violation against cruel and unusual punishment under the color of their authority, which in New York State is protected under the 14th Ammendment to the United States Constitution.

IV.A    If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

On May 11, 2009, I was taken to emergent care at the West medical facility on Rikers Island. I received stitches for a lacerated upper lip and X-rays of my face and neck. At the time there was no one available to read the X-rays. Iwas returned to NIC, back to CMC, this time I was placed on "A" gallery cell No.11.

I spent the next day at theWest Medical Facility on Rikers Island. I receive another set of X-rays and returned to NIC where I was examined by a doctor and was diagnosed as having a fractured orbital bone. My right cheek bone. I was then taken to Bellevue Hospital, in New York City where I remained in the criminal ward. I underwent surgery within two day and was returned to the NIC Annex at the end of the third day.

While at Bellevue I contacted th New York City Inspector General's Office to report the incident. They came and took photographs of my face, neck, shoulders and back.

As a result of my attack, I am now taking psychotropic medication to combat my anxiety and paranoia due to a Post Traumatic Stress Disorder.

V.   Relief:

State what relief you are seeking if you prevail on your complaint.

I seek Monetary damages in the amount of $500,000.00 Additionally, I seek the removal of Intake Captain Collazzo, Officer Murano and Officer John Doe who was the CMC tier officer on May 11, 2009, during the 3-11pm tour.

I declare under the penalty of perjury that on June 9, 2010, I delivered this complaint to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

Signed this 9th day of June, 2010. I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Plaintiff

Auburn Correctional Facility
Name of Prison Facility

135 State St. Po Box 618, Auburn New York 13024

09A2690
Prisoner ID #

5