UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X

VICTOR PEREZ,

                           Petitioner,

          - against -

NEW YORK CITY DEPARTMENT OF
CORRECTIONS, et al.,

                        Respondent.

---------------------------------------------------------X

**JUDGMENT**
10-CV-2697 (RRM) (RML)

     A Memorandum and Order having been filed this day, granting summary judgment for defendants, dismissing the complaint, and directing the Clerk of Court to enter judgment accordingly, it is hereby

     **ORDERED, ADJUDGED AND DECREED** that plaintiff take nothing of defendants and that this action is hereby dismissed.

Dated: Brooklyn, New York
       June 25, 2013

*Roslynn R. Mauskopf*

_____
ROSLYNN R. MAUSKOPF
United States District Judge