UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VICTOR PEREZ,

                Petitioner,                                         **JUDGMENT**
                                                                10-CV-2697 (RRM) (RML)
      - against -

NEW YORK CITY DEPARTMENT OF
CORRECTIONS, et al.,

                Respondent.
------------------------------------------------------------X

       A Memorandum and Order having been filed this day, granting summary judgment for defendants, dismissing the complaint, and directing the Clerk of Court to enter judgment accordingly, it is hereby

       **ORDERED, ADJUDGED AND DECREED** that plaintiff take nothing of defendants and that this action is hereby dismissed.


Dated: Brooklyn, New York                             *Roslynn R. Mauskopf*
       June 25, 2013                                     _____
                                                      ROSLYNN R. MAUSKOPF
                                                       United States District Judge